**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
Jill L. Schubert, SBN 305252
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants ROMAN CATHOLIC BISHOP OF SACRAMENTO, A CORPORATION SOLE (erroneously sued as THE ROMAN CATHOLIC DIOCESE OF SACRAMENTO); ST. FRANCIS CATHOLIC HIGH SCHOOL OF THE DIOCESE OF SACRAMENTO, INC., A CALIFORNIA NONPROFIT RELIGIOUS CORPORATION (erroneously sued as ST. FRANCIS HIGH SCHOOL); LINCOLN SNYDER; and MARK MCGREEVY

**LAW OFFICE OF JILL P. TELFER**
Jill P. Telfer, SBN: 145450
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
Attorneys for Plaintiff JOHN DUCRAY

**ANGELO, KILDAY & KILDUFF**
Carolee G. Kilduff, SBN 107232
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 ext. 203
Facsimile: (916) 564-6263
Attorneys for Defendant MARGO BROWN

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUCRAY | CASE NO. 2:16-cv-02058-LEK |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ROMAN CATHOLIC DIOCESE OF SACRAMENTO, ST. FRANCIS HIGH SCHOOL, LINCOLN SNYDER, MARGO BROWN, MARK MCGREEVY; and DOES 1 through 20, inclusive; | |
| Defendants. | Complaint Filed: 08/26/16 |

{01605098.DOCX}                          1
JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1  Plaintiff JOHN DUCRAY and Defendants ROMAN CATHOLIC BISHOP OF
2  SACRAMENTO (erroneously sued as the ROMAN CATHOLIC DIOCESE OF
3  SACRAMENTO), ST. FRANCIS CATHOLIC HIGH SCHOOL OF THE DIOCESE OF
4  SACRAMENTO, INC., (erroneously sued as ST. FRANCIS HIGH SCHOOL), LINCOLN
5  SNYDER, MARK MCGREEVY, and MARGO BROWN (hereinafter collectively referred to as
6  "Defendants") HEREBY STIPULATE AND AGREE to extend the deadline for Defendants to
7  respond to Plaintiff's Complaint.

8  Defendants' response to the Complaint is currently due on November 7, 2016. The parties
9  hereby stipulate and respectfully request that the Court continue that deadline until December 5,
10 2016.

11  IT IS SO STIPULATED.

Dated:  October 28, 2016                PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By     /s/ David P.E. Burkett
                                            Nancy Sheehan
                                            David P.E. Burkett
                                            Jill L. Schubert
                                            Attorneys for Defendants ROMAN
                                            CATHOLIC BISHOP OF
                                            SACRAMENTO; ST. FRANCIS
                                            CATHOLIC HIGH SCHOOL;
                                            LINCOLN SNYDER; and MARK
                                            MCGREEVY

Dated: October 28, 2016                 LAW OFFICE OF JILL P. TELFER.

                                        By     /s/ Jill P. Telfer
                                            Jill P. Telfer
                                            Attorney for Plaintiff
                                            JOHN DUCRAY

Dated: October 28, 2016                 ANGELO, KILDAY & KILDUFF

                                        By     /s/ Carolee G. Kilduff
                                            Carolee G. Kilduff
                                            Attorney for Defendant
                                            MARGO BROWN

{01605098.DOCX}                2
JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

1    IT IS SO ORDERED

3   Dated: October 28, 2016.                                    /s/ Leslie E. Kobayashi
4                                                              Leslie E. Kobayashi
                                                               United States District Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01605098.DOCX}                         3
JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT