**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Jill L. Schubert, SBN 305252
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants ROMAN CATHOLIC BISHOP OF SACRAMENTO, A CORPORATION SOLE (erroneously sued as THE ROMAN CATHOLIC DIOCESE OF SACRAMENTO); ST. FRANCIS CATHOLIC HIGH SCHOOL OF THE DIOCESE OF SACRAMENTO, INC., A CALIFORNIA NONPROFIT RELIGIOUS CORPORATION (erroneously sued as ST. FRANCIS HIGH SCHOOL); LINCOLN SNYDER; and MARK MCGREEVY

**LAW OFFICE OF JILL P. TELFER**
Jill P. Telfer, SBN: 145450
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
Attorneys for Plaintiff JOHN DUCRAY

**ANGELO, KILDAY & KILDUFF**
Carolee G. Kilduff, SBN 107232
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 ext. 203
Facsimile: (916) 564-6263
Attorneys for Defendant MARGO BROWN

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUCRAY<br><br>            Plaintiff,<br>    v.<br><br>ROMAN CATHOLIC DIOCESE OF SACRAMENTO, ST. FRANCIS HIGH SCHOOL, LINCOLN SNYDER, MARGO BROWN, MARK MCGREEVY; and DOES 1 through 20, inclusive;<br><br>            Defendants.<br>_____/ | CASE NO.  2:16-cv-02058-LEK<br><br>**STIPULATION AND ORDER REGARDING FURTHER EXTENSION OF TIME FOR FILING RESPONSIVE PLEADINGS, CHANGE OF DATE OF PRETRIAL SCHEDULING CONFERENCE, AND EARLY DISCLOSURE OF DOCUMENTS FOR PURPOSES OF MEDIATION** |

{01613138.DOCX}                                       1
STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME FOR FILING RESPONSIVE PLEADINGS, CHANGE OF DATE OF PRETRIAL SCHEDULING CONFERENCE, AND EARLY DISCLOSURE OF DOCUMENTS FOR PURPOSES OF MEDIATION

The parties, by and through their counsel of record, stipulate as follows and jointly make the following requests for modification of existing dates:

1. This case arises out of the decision by ST. FRANCIS HIGH SCHOOL to end the retention of Plaintiff JOHN DUCRAY as its head track coach. Plaintiff has asserted claims for relief for retaliation, defamation, associate discrimination, and age discrimination. Defendants deny they have engaged in any wrongful or unlawful conduct. On October 31, 2016 the Court approved an initial extension of time for Defendants to file responsive pleadings, to December 5, 2016. [Docket # 12]

2. The parties have engaged in the meet and confer process regarding certain claims asserted by Plaintiff and Defendants' response thereto, including the potential for filing a motion to dismiss and/or an anti-SLAPP motion. As part of the meet and confer process, the parties have agreed to engage in an early mediation before filing responsive pleadings and making initial disclosures required by Rule 26. A mediation before the Hon. Justice Fred Morrison (ret.) has been scheduled for December 13, 2016. In order to facilitate the mediation process, the parties respectfully request that the time for filing a responsive pleading by Defendants be further extended to January 13, 2017. The parties further request that the Status (Pretrial Scheduling) Conference set for January 5, 2017 [see Docket # 4] be rescheduled to a date and time after January 13, 2017 and that all due dates triggered by the date of the Status (Pretrial Scheduling) Conference be reset accordingly. [1]

3. To further facilitate the mediation process, the parties have agreed that Defendant ROMAN CATHOLIC BISHOP OF SACRAMENTO will provide all counsel with a full (unredacted) copy of the report on the investigation done into allegations regarding Plaintiff's conduct, including all supporting documentation and witness statements (hereinafter "Investigation Report") prior to the date of the mediation, notwithstanding the fact that disclosures under Rule 26 are not due by that date. Defendants contend the Investigation Report contains confidential information relating to students and personal information regarding third parties. By

---

[1] The parties assume that date would be changed in any event because of the reassignment of this case from Judge Mueller to Judge Kobayashi.

agreeing to provide the Investigation Report to counsel for purposes of the mediation, Defendants do not waive their right and/or obligation to take all steps necessary to protect the privacy interests of students and third parties in the event the case does not resolve via mediation.

4. The parties agree that they will use the Investigation Report for purposes of mediation and settlement discussions only. It shall not be disclosed to anyone other than the parties, their counsel and necessary legal staff employed by their counsel, and the mediator and his staff. The Investigation Report will be watermarked to reflect its limited use.

5. If the case is not resolved via the early mediation, the parties and their counsel agree that all copies of the unredacted Investigation Report provided pursuant to this stipulation will be returned to counsel for the ROMAN CATHOLIC BISHOP OF SACRAMENTO within five (5) days of the parties and the mediator agreeing that settlement discussions have failed. The parties and their counsel further agree that they will not take the position that provision of the Investigation Report for purposes of the mediation constitutes a waiver of any privacy or other protections afforded to its contents. To the extent there are any disputes between the parties regarding the discoverability of the Investigation Report, those issues shall be resolved via the usual process for handling discovery disputes.

WHEREFORE, the parties enter into this Stipulation on the terms and conditions set forth above and request that the Court issue an Order consistent with its terms.

Dated: November 16, 2016        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By   /s/ Nancy J. Shehan
                                     Nancy Sheehan
                                     Jill L. Schubert
                                     Attorneys for Defendants ROMAN
                                     CATHOLIC BISHOP OF
                                     SACRAMENTO; ST. FRANCIS
                                     CATHOLIC HIGH SCHOOL;
                                     LINCOLN SNYDER; and MARK
                                     MCGREEVY

| | |
|---|---|
| Dated: November 16, 2016 | ANGELO, KILDAY & KILDUFF |
| | By  /s/ Carolee G. Kilduff |
| | Carolee G. Kilduff |
| | Attorney for Defendant |
| | MARGO BROWN |
| Dated: November 16, 2016 | LAW OFFICE OF JILL P. TELFER. |
| | By  /s/ Jill P. Telfer |
| | Jill P. Telfer |
| | Attorney for Plaintiff |
| | JOHN DUCRAY |

PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING, the date for filing responsive pleadings shall be further enlarged to January 13, 2017 and the Status (Pretrial Scheduling) Conference currently set for January 5, 2017 shall be vacated and reset to a date consistent with the new date for filing responsive pleadings.

**IT IS SO ORDERED**

Dated: November 16, 2016                                     /s/ Leslie E. Kobayashi
                                                             Leslie E. Kobayashi
                                                             United States District Judge